IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER JOHN DOE #1, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER JOHN DOE #2, individually and agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER JANE DOE individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT,<br><br>  Defendants. | CASE NUMBER: 06-366 JJF<br><br>JURY TRIAL DEMANDED |

ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Philip T. Edwards, Esq. on behalf of the Plaintiffs.

>MURPHY SPADARO & LANDON
>/s/ Philip T. Edwards
>Philip T. Edwards (ID #: 4393)
>1011 Centre Road, Suite 210
>Wilmington, DE 19805
>Attorneys for Plaintiffs

132303