IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 06-366 JJF |
| CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT, | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Officer Michael Ballard on Monday, November 6, 2006 at 10:00 a.m. in the law offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware.

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*

ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorney for Plaintiffs

Cc:  Hawkins Reporting Service

00136351

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 06-366 JJF |
| CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT, | JURY TRIAL DEMANDED |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 24th day of October, 2006 a copy of the foregoing NOTICE OF ORAL DEPOSITION was e-filed and served upon the following individual(s):

Alex J. Mili, Jr., Esq.
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, DE 19801

00136352

2

        MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
_____
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Plaintiffs