IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT,<br><br>Defendants. | CIVIL ACTION<br><br><br><br><br><br>No. 06-366 JJF<br><br><br><br>JURY TRIAL DEMANDED |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1.   **Pre-Discovery Disclosures**.  The parties will exchange by January 12, 2007, the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.   **Joinder of Other Parties.**  All motions to join other parties shall be filed on or before February 12, 2007.

3.    **Settlement Conference.**  Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a

137705

1

settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court. A settlement conference shall be conducted with Magistrate Judge Thynge on or before September 15, 2007.

    **4.**    **Discovery**.

    (a)    Exchange and completion of interrogatories and identification of fact witnesses shall be commenced so as to be completed by July 1, 2007.

    (b)    There will be no limit to interrogatories by each party to any other party.

    (c)    There will be no limit to requests for admission by each party to any other party.

    (d)    There will be no limit to depositions that can be taken by plaintiff(s) or by defendant(s).

    (e)    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by June 1, 2007; from the defendant(s) by July 1, 2007, with the stipulation that plaintiff(s) can conduct defendant(s) expert deposition beyond the overall discovery deadline.

    (f)    Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

**5.     Discovery Disputes**.

(a)     A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1.  Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph.  An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion.  No reply is permitted.

(b)     All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c)     Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

(d)     Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e)     There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

**6.     Amendment of the Pleadings**.  All motions to amend the pleadings shall be filed on or before April 1, 2007.

**7.     Case Dispositive Motions**.  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before August 1, 2007; answering brief shall be filed on or before August 15, 2007; and the reply brief shall be filed on or before August 25, 2007.  No case dispositive motion may be filed more than ten (10) days from the above dates without leave of the Court.

**8.      Applications by Motion.**

(a)      Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b)      No facsimile transmissions will be accepted.

(c)      No telephone calls shall be made to Chambers.

(d)      Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

**9.      Pretrial Conference and Trial.**      After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference. The parties and counsel have agreed on a trial date of <u>October 9, 2007</u>, if this is convenient with the Court.

_____  _____
DATE  UNITED STATES DISTRICT JUDGE
JOSEPH J. FARNAN, JR.