# Murphy Spadaro & Landon

**ATTORNEYS**

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

PHILIP T. EDWARDS
DIRECT DIAL: (302) 472-8102
PEDWARDS@MSLLAW.COM

December 6, 2006

**VIA HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE
Lock Box 27
844 King Street
Wilmington, DE 19801

Re:   *Walker v. City of Wilmington, et al.*
      United States District for the District of Delaware, C.A. No. 06-366 JJF
      **MS&L File No. 05-0907**

Dear Judge Farnan:

In response to the Court's December 5, 2006 correspondence in the above referenced matter, enclosed please find plaintiffs' and defendants' joint Proposed Pretrial Scheduling Order. Neither party believes that a conference with the Court is needed.

Very truly yours,

Philip T. Edwards

PTE
Enclosure
Cc:   Alex Mili, Jr., Esq, (w/Enc.)
      Roger D. Landon, Esq.
      Mrs. Alice Walker (w/Enc.)

00137714.doc