IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALICE WALKER, individually and :
guardian, of her husband, :
GERALD H.E. WALKER, an :
incompetent person, :
 :
    Plaintiff, :
 :
v. : Civil Action No. 06-366-JJF
 :
CITY OF WILMINGTON, et al., :
 :
    Defendants. :

**O R D E R**

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on December 11, 2006, in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Friday, October 12, 2007 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will commence on **Tuesday, November 6, 2007 at 9:30 a.m.,** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

December 29, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE