IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT,<br><br>        Defendants. | CIVIL ACTION<br><br><br><br><br><br>No. 06-366 JJF<br><br><br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF ORAL DEPOSITION *DUCES TECUM*\*

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Sgt. Thomas Kane on Tuesday, February 6, 2007 at 1:00 p.m. in the law offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware.

                                          MURPHY SPADARO & LANDON
                                        */s/ Roger D. Landon*
                                          ROGER D. LANDON, No. 2460
                                          1011 Centre Road, #210
                                          Wilmington, DE  19805
                                          (302) 472-8112
                                          Attorney for Plaintiff

Cc:    Hawkins Reporting Service
\**Duces* *Tecum*:  Deponent is to bring all documents relating to any investigation into the use of force by Wilmington Police officers against Gerald H.E. Walker including, but not limited to, use of force reports and witness interviews following the incident which forms the subject matter of this lawsuit.

00138948

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 06-366 JJF |
| CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT, | JURY TRIAL DEMANDED |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 24th day of January, 2007 a copy of the foregoing NOTICE OF ORAL DEPOSITION was e-filed and served upon the following individual(s):

Alex J. Mili, Jr., Esq.
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, DE  19801

00138949

2

        MURPHY SPADARO & LANDON

        */s/ Roger D. Landon*

        ―――――――――――――――――
        ROGER D. LANDON, No. 2460
        1011 Centre Road, #210
        Wilmington, DE  19805
        (302) 472-8112
        Attorney for Plaintiff