IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 06-366 JJF<br>:<br>:<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

    I, Alex J. Mili, Jr., Esquire, hereby certify that on this 29th day of January, 2007, I filed the Defendants' Supplemental Disclosures Pursuant to Federal Rule of Civil Procedure 26 with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

    Roger D. Landon, Esquire
    Murphy, Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE 19805

    /s/ Alex J. Mili, Jr.
    Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
    Assistant City Solicitor
    City of Wilmington Law Department
    Louis L. Redding City/County Building
    800 N. French Street, 9th Floor
    Wilmington, DE 19801
    (302) 576-2175
    Attorney for Defendants