IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 06-366 JJF |
| CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT, | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF ORAL DEPOSITION OF JOANNE MCGOWAN

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Joanne McGowan on Wednesday, May 2, 2007 at 10:00 a.m. in the law offices of Murphy & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware.

MURPHY & LANDON
*/s/ Philip T. Edwards*
ROGER D. LANDON, No. 2460
PHILIP T. EDWARDS, No. 4393
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8100
Attorneys for Plaintiff

141769

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 06-366 JJF |
| CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT, | JURY TRIAL DEMANDED |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Philip T. Edwards, Esq., do hereby certify that on this 16th day of April, 2007 a copy of the foregoing NOTICE OF ORAL DEPOSITION OF JOANNE MCGOWAN was e-filed and served upon the following individual(s):

Alex J. Mili, Jr., Esq.
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, DE  19801

141769

2

MURPHY & LANDON

*/s/ Philip T. Edwards*
ROGER D. LANDON, No. 2460
PHILIP T. EDWARDS, No. 4393
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorneys for Plaintiff