IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 06-366 JJF |
| CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT, | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF SERVICE

I, Philip T. Edwards, Esq., do hereby certify that on this 27th day of April, 2007 a copy of the foregoing PLAINTIFF'S INTERROGATORIES & REQUESTS FOR PRODUCTION TO DEFENDANTS was e-filed and served upon the following individual(s):

Alex J. Mili, Jr., Esq.
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, DE  19801

142173

                MURPHY & LANDON

                */s/ Philip T. Edwards*
                ROGER D. LANDON, No. 2460
                PHILIP T. EDWARDS, No. 4393
                1011 Centre Road, #210
                Wilmington, DE  19805
                (302) 472-8112
                Attorneys for Plaintiff