## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER and : | |
| GERALD H.E. WALKER, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A. No. 06-366 JJF |
| : | |
| CITY OF WILMINGTON, CITY OF : | |
| WILMINGTON POLICE DEPARTMENT, : | JURY TRIAL DEMANDED |
| OFFICER SHAWN GORDON, : | |
| OFFICER MICHAEL BALLARD, and : | |
| OFFICER KAREN BUHRMAN,_____ : | |
| : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 15th day of May, 2007, a copy of the Defendants' Interrogatories Directed to Plaintiffs and Defendants Request for Production Directed to Plaintiffs was served via U.S. Mail, postage prepaid to the following listed below with notice of said filing made to the Clerk of Court using CM/ECF::

Roger D. Landon, Esquire
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants