**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   C.A. No. 06-366 JJF<br>:<br>:<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 1st day of June, 2007, I forwarded two copies of Defendants' Answer to Plaintiffs' Interrogatories and Defendants' Response to Plaintiffs' Request for Production to the below listed individual and notice of said filing with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

        Roger D. Landon, Esquire
        Murphy, Spadaro & Landon
        1011 Centre Road, Suite 210
        Wilmington, DE 19805

        /s/ Alex J. Mili, Jr.
        Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
        Assistant City Solicitor
        City of Wilmington Law Department
        Louis L. Redding City/County Building
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        (302) 576-2175
        Attorney for Defendants City of Wilmington,
        Shawn Gordon, Michael Ballard and Karen
        Buhrman