IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 06-366 JJF |
| | : | |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | :<br>:<br>:<br>:<br>: | |
| | : | |
| Defendants. | : | |

DEFENDANTS' APPLICATION FOR PHYSICAL AND MENTAL
EXAMINATION OF PLAINTIFF GERALD H.E. WALKER

COMES NOW, Defendants, pursuant to Federal Civil Rule 35(a) and the Discovery Dispute procedures set forth in Section 5(a) of the Scheduling Order, and hereby move this Honorable Court to Order Plaintiff Gerald H.E. Walker to submit to a physical and mental examination by Dr. Neil Kaye.

1. The Complaint alleges that Plaintiff Gerald Walker was injured as a result of the Defendant police officers' efforts to detain and transport him. (D.I. #1 ¶45)

2. Plaintiffs have retained Dr. Townsend as their neurological expert who will testify to the nature of Mr. Walker's injuries. (Exhibit "A")

3. Defendants' neurological expert, Dr. Neil Kaye, intends to examine Mr. Walker in order to determine the nature of Mr. Walker's alleged injuries and complete his defense expert report.

4. Plaintiffs' counsel has declined to make Mr. Walker available for a consensual

examination by Dr. Kaye.

5. Pursuant to Civil Rule 35(a), upon a showing of good cause the court may order a party to submit to a physical or mental examination by a suitably licensed or certified examiner when the party's physical or mental condition is in controversy. "[A]n order compelling a mental examination under Rule 35 may be issued only where the mental condition of the party is 'in controversy' and there is 'good cause' for the order." *See Womack v. Stevens Transport, Inc.*, 205 F.R.D. 445, 446 (E.D.Pa. 2001)(quoting *Schlangenhauf v. Holder*, 379 U.S. 104, 118 (1964)). For the reasons below, both of these requisite conditions are met in Defendants' request for a physical and mental evaluation of Mr. Walker.

6. First, Mr. Walker's mental and physical condition are in controversy. (See D.I. #1, ¶45) As the *Schlangenhauf* Court explained, a plaintiff "who asserts a mental or physical injury . . . places that mental or physical injury clearly in controversy and provides the defendant with good cause for an examination to determine the existence and extent of such asserted injury." *Schlangenhauf*, 379 U.S. at 118-119.

7. Second, good cause exists because Defendants' neurological expert is entitled to evaluate Mr. Walker in order to respond to Plaintiffs' expert's opinion of Mr. Walker's injuries. As the *Womack* court noted, "[a] psychiatric IME would be relevant [in cases where a plaintiff retains an expert] because without it, the [defense] would be limited to the mere cross-examining of evaluations offered by Plaintiff's expert." The *Womack* court further explained that "[t]he promulgators of Rule 35 deemed that the opportunity to cross-examine was an 'insufficient test of the truth' and as a result, independent examinations were prescribed." The same is true of Defendants' request for an independent examination of Mr. Walker. Mere cross-examination of Plaintiffs' expert is an insufficient test of the truth, and therefore, the defense expert's firsthand

examination of Mr. Walker is necessary to test the truth of the injuries that he alleges.

8. Although Dr. Kaye can (and will) review Mr. Walker's medical records, a review of paper records is no substitute for a defense expert's firsthand examination of a Mr. Walker.

WHEREFORE, for the foregoing reasons, and in accordance with Federal Civil Rule 35(a), Defendants request that this Court order Plaintiff, Gerald H.E. Walker, to undergo an independent medical and physical evaluation conducted by Dr. Neil Kaye on June 20, 2007, at 3:30 p.m. in his office at 5301 Limestone Road, Suite 103, Wilmington, DE 19808.

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 06-366 JJF |
| | : | |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | : | |
| | : | |
| Defendants. | : | |

<u>ORDER</u>

IT IS HEREBY ORDERED this _____ day of _____, 2007 that in accordance with Federal Civil Rule 35(a), Defendants' Application for Physical and Mental Examination of Plaintiff Gerald H. E. Walker is hereby GRANTED; and, Plaintiff, Gerald H.E. Walker is HEREBY ORDERED to undergo an independent medical and physical evaluation conducted by Dr. Neil Kaye on June 20, 2007, at 3:30 p.m. at 5301 Limestone Road, Suite 103, Wilmington, DE 19808.

_____
                                                                                          J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:　　C.A. No. 06-366 JJF<br>:<br>:<br>:　　JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 7th day of June, 2007, I filed the Defendants' Application for Physical and Mental Examination of Plaintiff Gerald H.E. Walker with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

> Roger D. Landon, Esquire
> Murphy, Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

> /s/ Alex J. Mili, Jr.
> Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
> Assistant City Solicitor
> City of Wilmington Law Department
> Louis L. Redding City/County Building
> 800 N. French Street, 9th Floor
> Wilmington, DE 19801
> (302) 576-2175
> Attorney for Defendants

# EXHIBIT A

# Murphy & Landon

MAY 3 1 2007

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

ROGER D. LANDON
DIRECT DIAL: (302) 472-8112

May 31, 2007

Alex J. Mili, Jr., Esq.
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, DE 19801

Re: *Alice Walker v. City of Wilmington, et al.*
United States District Court for the District of Delaware, No. 06-366 JF
**M&L File No. 05-0907**

Dear Mr. Mili:

Enclosed is a report from John B. Townsend, III, M.D. from Neurology Associates dated May 30, 2007 expressing various opinions regarding injuries sustained by Mr. Walker in the attack by the Wilmington Police Officers at Connections. Plaintiff expects Dr. Townsend to testify as an expert witness at trial in accordance with the information and opinions set forth in the enclosed report. I expect to have a signed version from Dr. Townsend next week and I will promptly provide a copy to you. Also enclosed is a copy of Dr. Townsend's C.V.

Very truly yours,

Roger D. Landon

RDL/dmw
Enclosures
Cc:   Philip T. Edwards, Esq. (w/Enc.)
      Mrs. Alice Walker (w/Enc.)

00143145

# SEALED DOCUMENT