# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 06-366 JJF |
| | : | |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | :<br>:<br>:<br>:<br>: | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

TO:   Roger D. Landon, Esquire
      Murphy, Spadaro & Landon
      1011 Centre Road, Suite 210
      Wilmington, DE 19805

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Plaintiff Alice Walker, on Wednesday, June 27, 2007 at 10:00 a.m. The deposition will take place in the City Solicitor's office located in the Louis L. Redding City/County Building, 800 N. French Street, 9th Floor, Wilmington, DE.

CITY OF WILMINGTON LAW DEPARTMENT

 /s/Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER and GERALD H.E. WALKER, | : : : |
| Plaintiffs, | : : |
| v. | : C.A. No. 06-366 JJF : |
| CITY OF WILMINGTON, CITY OF WILMINGTON POLICE DEPARTMENT, OFFICER SHAWN GORDON, OFFICER MICHAEL BALLARD, and OFFICER KAREN BUHRMAN, | : : JURY TRIAL DEMANDED : : : : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 12th day of June, 2007, a Notice of Deposition for Alice Walker was served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

> Roger D. Landon, Esquire
> Murphy, Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

> CITY OF WILMINGTON LAW DEPARTMENT
>
> /s/Alex J. Mili, Jr.
> Alex J. Mili, Jr., Esquire (I.D. #4125)
> Assistant City Solicitor
> Louis L. Redding City/County Building
> 800 N. French Street, 9th Floor
> Wilmington, DE 19801
> (302) 576-2175
> Attorney for Defendants

cc:   Wilcox & Fetzer