IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 06-366 JJF |
| CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT, | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF SERVICE

I, Philip T. Edwards, Esq., do hereby certify that on this 14th day of June, 2007 a copy of the foregoing **PLAINTIFF'S ANSWERS TO DEFENDANTS' INTERROGATORIES** and **PLAINTIFF'S RESPONSES TO DEFENDANTS' REQUESTS FOR PRODUCTION** were e-filed and served upon the following individual(s):

Alex J. Mili, Jr., Esq.
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, DE  19801

143616

2

MURPHY & LANDON

*/s/ Philip T. Edwards*
ROGER D. LANDON, No. 2460
PHILIP T. EDWARDS, No. 4393
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorneys for Plaintiff

Case 1:06-cv-00366-JJF    Document 35    Filed 06/14/2007    Page 2 of 2