IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : C.A. No. 06-366 JJF |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | :<br>: JURY TRIAL DEMANDED<br>:<br>:<br>: |
| Defendants. | : |

### STIPULATED DISCOVERY EXTENSION

IT IS HEREBY STIPULATED by attorneys for the parties in above captioned case that the court's Scheduling Order shall be amended to reflect the following:

Defendants' Expert Reports due:     July 31, 2007

Mediation Deadline:     September 30, 2007

_____
Roger D. Landon, Esquire, (I.D. #2460)
Murphy ~~Spadaro~~ & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
Attorney for Plaintiffs

_____
Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants

Dated: 6-13-07

Dated: 6/11/07

SO ORDERED this _____ day of _____, 2007.

_____
J.