IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and | : | |
| GERALD H.E. WALKER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 06-366 JJF |
| | : | |
| CITY OF WILMINGTON, CITY OF | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| OFFICER SHAWN GORDON, | : | |
| OFFICER MICHAEL BALLARD, and | : | |
| OFFICER KAREN BUHRMAN, | : | |
| | : | |
| Defendants. | : | |

DEFENDANTS' REPLY TO
PLAINTIFFS' OPPOSITION TO A PHYSICAL AND MENTAL
EXAMINATION OF PLAINTIFF GERALD H.E. WALKER

WHEREFORE, Defendants hereby incorporate and rest upon the arguments and authorities set forth in their Application for a Physical and Mental Examination of Plaintiff Gerald H.E. Walker, based on Plaintiffs' representations that (1) Plaintiff is not seeking damages for permanent injuries to Mr. Walker or damages for any ongoing physical injuries or disability and (2) Dr. Townsend arrived at his opinion after reviewing Plaintiff's medial records and the sworn statements of two eyewitnesses.

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | : <br> : <br> : | |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | C.A. No. 06-366 JJF |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | : <br> : <br> : <br> : <br> : <br> : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 21st day of June, 2007, I filed the Defendants' Reply to Plaintiffs' Opposition to A Physical and Mental Examination of Plaintiff Gerald H.E. Walker with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

        Roger D. Landon, Esquire
        Murphy, Spadaro & Landon
        1011 Centre Road, Suite 210
        Wilmington, DE 19805

        /s/ Alex J. Mili, Jr.
        Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
        Assistant City Solicitor
        City of Wilmington Law Department
        Louis L. Redding City/County Building
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        (302) 576-2175
        Attorney for Defendants