```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE

ALICE WALKER and                :
GERALD H.E. WALKER,             :
                                :
        Plaintiffs,             :
                                :
   v.                           :   Civil Action No. 06-366-JJF
                                :
CITY OF WILMINGTON, CITY OF     :
WILMINGTON POLICE DEPARTMENT,   :
OFFICER SHAWN GORDON,           :
OFFICER MICHAEL BALLARD, and    :
OFFICER KAREN BURHMAN,          :
                                :
        Defendants.             :
```

## ORDER

WHEREAS, Defendants have filed an Application For Physical And Metal Examination of Plaintiff Gerald H.E. Walker (D.I. 32) contending that these examinations are necessary because Plaintiff's physical and mental state are at issue and because Defendants' expert needs the same access to Plaintiff that Plaintiffs' expert had;

WHEREAS, Plaintiffs opposed the motion representing that Plaintiff's physical and mental state are not at issue in this case, and also representing that Plaintiffs' expert opinion derived from reviewing medical records and speaking with eyewitnesses (D.I. 33);

WHEREAS, Defendants filed a reply to Plaintiff's opposition brief that does not shed light on whether Defendants are still pursuing their application (D.I. 37);

NOW THEREFORE IT IS HEREBY ORDERED that Defendants are ordered to inform the Court **within five (5) days of the date of this Order** whether they still are seeking the requested examinations in light of Plaintiff's representations as to the present claims.

July 17, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE