

**City of Wilmington Delaware**

JAMES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

Law Department
(302)576-2175

July 23, 2007

**E-FILE**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the
    District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:   Alice Walker, et al. v. City of Wilmington, et al. - C.A. No. 06-366 JJF;
            Defendants' Response to Court's Order of July 18, 2007 (D.I. #41).

Dear Judge Farnan:

    Pursuant to this Court's Order of July 18, 2007 (D.I. # 41), this letter is to confirm for the Court that Defendants are no longer requesting an examination of Plaintiff Gerald Walker, based on Plaintiffs' representations that (1) they do not claim any damages for permanent injuries or ongoing physical injuries/disabilities and (2) Plaintiffs' expert arrived at his opinion without an examination of Gerald Walker.

                              Respectfully submitted,

                              Alex J. Mili, Jr. (#4125)
                              Attorney for Defendants