IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 06-366 JJF |
| | : | |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

**STIPULATED DISPOSITIVE MOTION EXTENSION**

IT IS HEREBY STIPULATED by attorneys for the parties in above captioned case that the court's Scheduling Order shall be amended to reflect the following:

Dispositive Motion Cut-off:   August 31, 2007

 /s/ Roger D. Landon                                  
Roger D. Landon, Esquire, (I.D. #2460)
Philip T. Edwards, Esquire (I.D. #4393)
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
Attorney for Plaintiffs

 /s/ Alex J. Mili, Jr.                                  
Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants

Dated: 7/26/07_____

Dated: 7/26/07_____

SO ORDERED this _____ day of _____, 2007.

_____
J.