IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 06-366 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

For the reasons stated in the accompanying Opening Brief in Support of Defendants' Motion for Partial Summary Judgment, and there being no disputed issues of any material facts, Defendants, City of Wilmington and Officer Karen Buhrman, hereby move this Honorable Court to issue an Order granting partial summary judgment on Counts II and III of the Complaint, based on the following three grounds:

    1)     The Section 1983 claim against the City arising under *Monell*, as set forth in Count III, must fail as a matter of law because the City has an official policy against excessive use of force, and the discovery record confirms that the City thoroughly investigates all uses of forces and penalizes those uses of force which are excessive.

    2)     The Section 1983 claim against Officer Karen Buhrman, as set forth in Count II, is barred by qualified immunity because Buhrman's physical contact with Walker was de minimis and there is no constitutional right to be free from a police officer's physical contact when resisting a

lawful arrest.

3) Plaintiffs cannot recover punitive damages against Defendant City of Wilmington, pursuant to *City of Newport v. Fact Concerts, Inc.,* 453 U.S. 247, 271 (1981), which held that a municipality is immune from punitive damages under 42 U. S. C. § 1983.

WHEREFORE, Defendants, City of Wilmington and Officer Karen Buhrman, respectfully request that the Court enter an Order granting partial summary judgment for Counts II and III of the Complaint.

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

DATE: August 31, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 06-366 JJF |
| | : | |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | :<br>:<br>:<br>:<br>: | |
| | : | |
| Defendants. | : | |

### ORDER

_____This _____ day of _____, 2007, the Court having considered Defendants' Motion for Partial Summary Judgment, and any opposition thereto,

It is HEREBY ORDERED that Defendants' Motion is hereby GRANTED on Counts II and III of Plaintiffs' Complaint.

_____
                                                                                **J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 06-366 JJF |
| | : | |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | :<br>:<br>:<br>:<br>: | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 31st day of August, 2007, I filed the Defendants' Motion for Partial Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

> Roger D. Landon, Esquire
> Murphy, Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

> /s/ Alex J. Mili, Jr.
> Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
> Assistant City Solicitor
> City of Wilmington Law Department
> Louis L. Redding City/County Building
> 800 N. French Street, 9th Floor
> Wilmington, DE 19801
> (302) 576-2175
> Attorney for Defendants