IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 06-366 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**APPENDIX TO DEFENDANTS' OPENING BRIEF
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**VOL. III**

**FILED UNDER SEAL PURSUANT TO DEFENDANT'S
MOTION TO SEAL FILED ON AUGUST 31, 2007**

**THIS ENVELOPE IS NOT TO BE OPENED
NOR THE CONTENTS THEREOF
DISPLAYED OR REVEALED EXCEPT BY OR
TO QUALIFIED PERSONS OR BY COURT ORDER.**

 

Alex J. Mili, Jr., Esquire (I.D. #4125)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

DATE: August 31, 2007

# DOCUMENT FILED

# UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | :    C.A. No. 06-366 JJF<br>: |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | :<br>:<br>:<br>:<br>:<br>: |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 31st day of August, 2007, I filed Under Seal the Appendix to Defendants' Motion for Summary Judgment, Vol. III with the Clerk of Court and a copy of the document was forwarded to the following via hand delivery:

>Roger D. Landon, Esquire
>Murphy, Spadaro & Landon
>1011 Centre Road, Suite 210
>Wilmington, DE 19805

*[signature]*
Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants