IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and | : | |
| GERALD H.E. WALKER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 06-366 JJF |
| | : | |
| CITY OF WILMINGTON, CITY OF | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| OFFICER SHAWN GORDON, | : | |
| OFFICER MICHAEL BALLARD, and | : | |
| OFFICER KAREN BUHRMAN, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION TO SEAL THE INTERNAL AFFAIRS FILES THAT ARE CONTAINED IN VOLUMES III THROUGH XXVII OF THE APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

ALEX J. MILI, JR. (DE BAR ID. NO. 4125)
City of Wilmington Law Department
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

Dated: August 31, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER,<br><br>             Plaintiffs,<br><br>    v.<br><br>CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN,<br><br>             Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-366 JJF |

**DEFENDANTS' MOTION TO SEAL THE INTERNAL AFFAIRS FILES
THAT ARE INCLUDED IN VOLUMES III THROUGH XXVII OF THE
APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

For the reasons stated herein, Defendants, the City of Wilmington and three of its police officers, by and through their counsel, respectfully request that this Honorable Court grant their Motion to Seal Volumes III through XXVII of the Appendix to Defendants' Motion for Summary Judgment in the above-captioned case. In support of their request, Defendants state as follows:

1)   This is a Section 1983 action in which Plaintiffs allege the City of Wilmington Police Department ("the WPD") failed to train and supervise its police officers in the proper use of force.

2)   This Court's Order of July 18, 2007, required Defendants to disclose all of the WPD's internal affairs files for investigations of uses of force by Wilmington police officers from 2001 to the filing of this lawsuit. (D.I. #42) To preserve the confidentiality of those documents, this Court issued a Protective Order limiting disclosure only to trial counsel in this case. (D.I. #42)

3)   To counter Plaintiffs' claim that the WPD failed to train and supervise its police

officers in the proper use of force, Defendants included these internal affairs files in Volumes III through XXVII of the Appendix to their Motion for Summary Judgment.

4) Because the documents in Volumes III through XXVII consist of files on law enforcement officers who are under investigation for possible discipline, those files fall squarely within the confidentiality provisions set forth in the Delaware Law Enforcement Officers' Bill of Rights (hereafter "the Delaware LEOBOR"), 11 Del. C. § 9200, et. seq. To further preserve the confidentiality of those files, Defendants ask this Court to enter an Order sealing Volumes III through XXVII of the Appendix.

5) Though there is a presumption against sealing documents filed in support of case dispositive pre-trial motions, the Third Circuit has confirmed that such a presumption does not apply when a provision of a Delaware law recognizes a "particularized need" for secrecy. *See Leucadia, Inc. v. Applied Extrusion Technologies, Inc.,* 998 F.2d 157, 164-5 (3d Cir. 1993). The confidentiality provisions of the Delaware LEOBOR expressly recognize a particularized need for secrecy. Accordingly, files in Volumes III through XXVII should be kept under seal.

WHEREFORE, Defendants respectfully request that this Court enter an Order sealing the documents in Volumes III through XXVII of the Appendix to Defendants' Motion for Summary Judgment.

                                    **CITY OF WILMINGTON LAW DEPARTMENT**

                                    /s/ Alex J. Mili, Jr.
ALEX J. MILI, JR. (DE BAR ID. NO. 4125)
City of Wilmington Law Department
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

Dated: August 31, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 06-366 JJF |
| | : | |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | :<br>:<br>:<br>:<br>: | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendants' Motion to Seal Volumes III through XXVII of the Appendix to Defendants' Motion for Summary Judgment, it is hereby ORDERED and DECREED that the documents contained in the said Volumes are sealed and shielded from public dissemination except to the parties involved in this matter and necessary court staff.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 06-366 JJF |
| | : | |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | :<br>:<br>:<br>:<br>: | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 31st day of August, 2007, I filed the Defendants' Motion to Seal the Internal Affairs Files that are Contained in Volumes III through XXVII of the Appendix to Defendants' Motion for Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

>Roger D. Landon, Esquire
>Murphy, Spadaro & Landon
>1011 Centre Road, Suite 210
>Wilmington, DE 19805

>/s/ Alex J. Mili, Jr.
>Alex J. Mili, Jr., Esquire (DE Bar I.D. #4125)
>Assistant City Solicitor
>City of Wilmington Law Department
>Louis L. Redding City/County Building
>800 N. French Street, 9th Floor
>Wilmington, DE 19801
>(302) 576-2175
>Attorney for Defendants