IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT,<br><br>      Defendants. | CIVIL ACTION<br><br><br><br><br><br>No. 06-366 JJF<br><br><br><br>JURY TRIAL DEMANDED |

## STIPULATION REGARDING DISPOSITIVE MOTION SCHEDULE

    Plaintiff's Opposition Brief to Defendants' Summary Judgment Motion Deadline – 09/28/07

    Defendants' Summary Judgment Reply Brief Deadline – 10/05/07


| | |
|---|---|
| CITY OF WILMINGTON LAW DEPARTMENT | MURPHY & LANDON |
| /s/ Alex Mili_____<br>ALEX MILI, No. 4125<br>800 North French Street<br>Wilmington, DE 19801-3537<br>Attorney for Defendants | */s/ Philip T. Edwards*_____<br>ROGER D. LANDON, No. 2460<br>PHILIP T. EDWARDS, No. 4393<br>1011 Centre Road, #210<br>Wilmington, DE 19805<br>(302) 472-8112<br>Attorneys for Plaintiff |

146156.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 06-366 JJF |
| CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT, | JURY TRIAL DEMANDED |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Philip T. Edwards, Esq., do hereby certify that on this 11th day of September, 2007 a copy of the foregoing STIPULATION REGARDING DISPOSITIVE MOTION SCHEDULE was e-filed and served upon the following individual(s):

Alex J. Mili, Jr., Esq.
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, DE  19801

2

MURPHY & LANDON

*/s/ Philip T. Edwards*
ROGER D. LANDON, No. 2460
PHILIP T. EDWARDS, No. 4393
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorneys for Plaintiff

3