IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT,<br><br>Defendants. | CIVIL ACTION<br><br><br><br>No. 06-366 JJF<br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff respectfully opposes defendants' motion for partial summary judgment pursuant to Fed. R. Civ. P. 56 in favor of the City of Wilmington and the City of Wilmington Police Department. Plaintiff does not oppose plaintiff's motion for partial summary judgment as to Officer Karen Burhman and plaintiff's punitive damages claims against the City of Wilmington and the City of Wilmington Police Department.

The grounds for plaintiff's opposition are set forth in plaintiff's accompanying answering brief. An appropriate form of Order is attached.

146670

MURPHY & LANDON

*/s/ Philip T. Edwards*
ROGER D. LANDON, No. 2460
PHILIP T. EDWARDS, No. 4393
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT,<br><br>Defendants. | CIVIL ACTION<br><br><br><br>No. 06-366 JJF<br><br><br>JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of defendants' Motion for Partial Summary Judgment, and any response thereto, it is hereby ORDERED and DECREED that defendants' motion for partial summary judgment in favor of the City of Wilmington and the City of Wilmington Police Department is hereby denied.

Plaintiff has voluntarily withdrawn her claims against Officer Karen Burhman pursuant to 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments to the United States Constitution.

143919

3

Plaintiff has voluntarily withdrawn her punitive damages claims against the City of Wilmington and the City of Wilmington Police Department. Plaintiff has not withdrawn her punitive damages claims against Officer Shawn Gordon or Officer Michael Ballard individually.

BY THE COURT:

_____
The Honorable Joseph J. Farnan, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 06-366 JJF |
| CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER KAREN BUHRMAN individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT, | JURY TRIAL DEMANDED |
| Defendants. | |

**CERTIFICATE OF SERVICE**

    I, Philip T. Edwards, Esq., do hereby certify that on this 1st day of October, 2007 a copy of the foregoing PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT was e-filed and served upon the following individual(s):

Alex J. Mili, Jr., Esq.
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, DE 19801

143919

5

`<!-- -->`
```
```
``
MURPHY & LANDON

*/s/ Philip T. Edwards*
ROGER D. LANDON, No. 2460
PHILIP T. EDWARDS, No. 4393
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorneys for Plaintiff