IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT.<br><br>Defendants. | CIVIL ACTION<br><br><br><br>No. 06-366 JJF<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF VIDEO TRIAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the video trial deposition of Dr. John B. Townsend, III, on Tuesday, November 6, 2007 beginning at 4:30 p.m. in the offices of Dr. Townsend located at Neurology Associates, P.A., 774 Christiana Road, Suite 201, Newark, DE 19713.

                                        **MURPHY & LANDON**

                                        /s/ Philip T. Edwards
                                        ROGER D. LANDON, No. 2460
                                        PHILIP T. EDWARDS, No. 4393
                                        1011 Centre Road, #210
                                        Wilmington, DE 19805
                                        Office: (302) 472-8100
                                        Fax :   (302) 472-8135
                                        Attorneys for Plaintiffs

Cc:   Hawkins Reporting Service
         Dr. John Townsend

147039

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER, individually and as guardian, of her husband, GERALD H.E. WALKER, an incompetent person,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER SHAWN GORDON, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT; OFFICER MICHAEL BALLARD, individually and as agent of the CITY OF WILMINGTON POLICE DEPARTMENT.<br><br>Defendants. | CIVIL ACTION<br><br><br>No. 06-366 JJF<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Philip T. Edwards, Esq., do hereby certify that on this 17th day of October, 2007, the foregoing **NOTICE OF VIDEO TRIAL DEPOSITION** was e-filed and served on the following individual(s):

Alex J. Mili, Jr., Esq.
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, DE 19801

**MURPHY & LANDON**

/s/ Philip T. Edwards
ROGER D. LANDON, No. 2460
PHILIP T. EDWARDS, No. 4393
1011 Centre Road, #210
Wilmington, DE 19805
Office: (302) 472-8100
Fax:    (302) 472-8135
Attorneys for Plaintiffs

147039