## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:　C.A. No. 06-366 JJF<br>:<br>:<br>:　JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF DEPOSITION

TO:　Roger D. Landon, Esquire
　　　Murphy, Spadaro & Landon
　　　1011 Centre Road, Suite 210
　　　Wilmington, DE 19805

　　PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Gabe Hufford, on Thursday, November 1, 2007 at 10:00 a.m. The deposition will take place in the City Solicitor's office located in the Louis L. Redding City/County Building, 800 N. French Street, 9th Floor, Wilmington, DE.

　　　　　　　　　　　　　　　CITY OF WILMINGTON LAW DEPARTMENT

　　　　　　　　　　　　　　　　/s/Alex J. Mili, Jr.
　　　　　　　　　　　　　　　Alex J. Mili, Jr., Esquire (I.D. #4125)
　　　　　　　　　　　　　　　Assistant City Solicitor
　　　　　　　　　　　　　　　Louis L. Redding City/County Building
　　　　　　　　　　　　　　　800 N. French Street, 9th Floor
　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　(302) 576-2175
　　　　　　　　　　　　　　　Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 06-366 JJF<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 31st day of October 2007, a Notice of Deposition for Gabe Hufford was served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

> Roger D. Landon, Esquire
> Murphy, Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

> CITY OF WILMINGTON LAW DEPARTMENT
>
> /s/Alex J. Mili, Jr.
> Alex J. Mili, Jr., Esquire (I.D. #4125)
> Assistant City Solicitor
> Louis L. Redding City/County Building
> 800 N. French Street, 9th Floor
> Wilmington, DE 19801
> (302) 576-2175
> Attorney for Defendants

cc:   Wilcox & Fetzer