IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER,<br><br>      Plaintiffs,<br><br>    v.<br><br>CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 06-366-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER

At Wilmington, the __2__ day of November 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendants' Motion For Summary Judgment (D.I. 45) is **GRANTED**; and

2. Plaintiffs' Motion in Limine (D.I. 55) is **DENIED**.

*/s/ Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE