IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | :    C.A. No. 06-366 JJF |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | :<br>:<br>:<br>:<br>: |
| Defendants. | : |

## ORDER

AND NOW, this  6  day of  November, 2007, upon consideration of Defendants' Motion to Seal Volumes III through XXVII of the Appendix to Defendants' Motion for Summary Judgment, it is hereby ORDERED and DECREED that the documents contained in the said Volumes are sealed and shielded from public dissemination except to the parties involved in this matter and necessary court staff.

BY THE COURT:

_____
J.