# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALICE WALKER and<br>GERALD H.E. WALKER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 06-366 JJF |
| | : | |
| CITY OF WILMINGTON, CITY OF<br>WILMINGTON POLICE DEPARTMENT,<br>OFFICER SHAWN GORDON,<br>OFFICER MICHAEL BALLARD, and<br>OFFICER KAREN BUHRMAN, | : | |
| | : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and among the parties to this action, through the undersigned counsel, that all claims filed by the parties in this action are hereby dismissed with prejudice.

_____
Roger D. Landon, Esquire (I.D. #2460)
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
Attorney for Plaintiffs

Dated: 11/30/07

_____
Alex J. Mili, Jr. (I.D. #4125)
Senior Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants

Dated: 11/30/07

SO ORDERED this _____ day of _____, 2007.

_____
J.